**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of North Dakota

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | V.N.D. Limited Liability Company |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 91-1864514 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 410 10th Street SE | |
| Number   Street | Number   Street |
| | P.O. Box |
| Jamestown    ND    58401 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Stutsman County | |
| County | Number   Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  V.N.D. Limited Liability Company  Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

531190

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
         District _____  When _____ (MM/DD/YYYY)  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____ (MM/DD/YYYY)
         Case number, if known _____

Debtor  **V.N.D. Limited Liability Company** _____  Case number (*if known*)_____
        Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number       Street
_____
_____
City                                    State      ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**
   *Check one:*
   ☑ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

15. **Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor __V.N.D. Limited Liability Company__   Case number (if known) _____
       Name

## 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/21/2021__
            MM / DD / YYYY

✘ __/s/ Dorothy Flisk__                              __Dorothy Flisk__
Signature of authorized representative of debtor      Printed name

Title __President__

## 18. Signature of attorney

✘ __/s/ Michael Gust__                    Date __12/21/2021__
Signature of attorney for debtor               MM / DD / YYYY

__Michael Gust__
Printed name

__Anderson, Bottrell, Sanden & Thompson__
Firm name

__4132 30th Avenue South Suite 100__
Number     Street

__Fargo__                                 __ND__      __58104__
City                                      State       ZIP Code

__7012353300__                            __mgust@andersonbottrell.com__
Contact phone                             Email address

__06468__                                 __ND__
Bar number                                State

**Fill in this information to identify the case:**

Debtor name: V.N.D. Limited Liability Company

United States Bankruptcy Court for the: District of North Dakota

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stutsman County Treasurer<br>511 2nd Avenue SE<br>Jamestown, ND, 58401 | | | | | | 43,436.67 |
| 2 | Miller Laundry, LLC<br>410 10th Street SE<br>Jamestown, ND, 58401 | | | | | | 3,600.00 |
| 3 | Otter Tail Power Company<br>315 2nd Street SE<br>Jamestown, ND, 58401 | | | | | | 2,168.71 |
| 4 | Jasmeria for Hair<br>410 10th Street SE<br>Jamestown, ND, 58401 | | | | | | 1,050.00 |
| 5 | Kepida Contracting<br>3345 5th Avenue NW<br>Jamestown, ND, 58401 | | | | | | 1,005.00 |
| 6 | Jamestown Water Dept.<br>102 3rd Avenue SE<br>Jamestown, ND, 58401 | | | | | | 631.51 |
| 7 | Plaza Barber<br>410 10th Street SE<br>Jamestown, ND, 58401 | | | | | | 375.00 |
| 8 | Montana-Dakota Utilities Co.<br>324 2nd Avenue SW<br>Jamestown, ND, 58401 | | | | | | 266.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor __V.N.D. Limited Liability Company__  Case number *(if known)*_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Century Link<br>P.O. Box 2956<br>Phoenix, AZ, 85062 | | | | | | 4.06 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Century Link
P.O. Box 2956
Phoenix, AZ 85062

Chase Auto
P.O. Box 901076
Fort Worth, TX 76101

Farmers Insurance Group Federal Credit Union
9301 Corbin Avenue
Suite 2100
Northridge, CA 91324

GM Financial
4100 Embarcadero
Arlington, TX 76014

Jamestown Water Dept.
102 3rd Avenue SE
Jamestown, ND 58401

Jasmeria for Hair
410 10th Street SE
Jamestown, ND 58401

Kepida Contracting
3345 5th Avenue NW
Jamestown, ND 58401

Mercedes-Benz Financial Services
P.O. Box 685
Roanoke, TX 76262

Miller Laundry, LLC
410 10th Street SE
Jamestown, ND 58401

Montana-Dakota Utilities Co.
324 2nd Avenue SW
Jamestown, ND 58401

Otter Tail Power Company
315 2nd Street SE
Jamestown, ND 58401

Plaza Barber
410 10th Street SE
Jamestown, ND 58401

Steven A. Lautt
2525 Elk Drive
P.O. Box 1000
Minot, ND 58702

Stutsman County Treasurer
511 2nd Avenue SE
Jamestown, ND 58401

United States Bankruptcy Court

District of North Dakota

In re: V.N.D. Limited Liability Company

Debtor(s)

Case No.

Chapter 11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/21/2021

/s/ Dorothy Flisk
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF North Dakota

In re: V.N.D. Limited Liability Company

(Debtor(s))

Case No. _____
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for V.N.D. Limited Liability Company in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

[✓] None [check if applicable]

12/21/2021
Date

Michael Gust
Statement of attorney or Litigant